1.) UNITED STATES DISTRICT COURT
2.) CENTRAL DISTRICT OF CALIFORNIA
3.)
4.)
5.) UNITED STATES OF AMERICA,)  CASE # CR-97-322-MLR
   )  PLAINTIFF,  ) MOTION REQUESTING COURT
7.)        Vs.           )  TO UNSEAL & RELEASE
8.) VICTOR D. HERD      )  31-ENVELOPES OF DOCUMENTS
9.)    DEFENDANT.       )  UNDER SEAL
10.)                        AND ORDER DENYING MOTION

**Denied** — This is a closed case with nothing pending.

11.)
12.) HERE THE PETITIONER VICTOR D. HERD, REQUEST
13.) THAT THE DISTRICT COURT JUDGE GRANT MOTION
14.) TO UNSEAL AND RELEASE MAKE PUBLIC ALL DOCUMENTS
15.) INSIDE THE SEAL 31-ENVELOPES. PETITIONER NEED
16.) ACCESS TO THE DOCUMENTS INSIDE EACH ENVELOPE
17.) WITHOUT THESE DOCUMENTS PETITIONER CAN NOT
18.) ADEQUATELY PREPARE MOTION ON COURT. PETITIONER
19.) IS PURSUING FUTURE LITIGATION IN THIS CASE.
20.) WITHOUT THE DISCLOSURE AND RELEASE OF THESE
21.) DOCUMENTS MY CONSTITUTIONAL RIGHTS ARE BEEN
22.) VIOLATED. THESE 31-ENVELOPES OF DOCUMENTS
23.) HAVE BEEN UNDERSEAL SINCE 1997. THERE SHOULD
24.) NOT BE ANY REASON FOR KEEPING THESE ENVELOPES
25.) SEALED ANY LONGER. ALL PARTY'S HAVE BEEN CONVICTED
26.) OR AQUITTED OF CHARGES IN THIS CASE. I REQUEST
27.) AND TRUST THAT THIS MOTION IS GRANTED.
28.)

DATE: 10-8-08

Victor D. Herd
PETITIONER

FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY W  DEPUTY

## CERTIFICATE OF SERVICE

I hereby Certify that on this the __8__ day of __10-8-08__, 200__8__, I did deposit with the U.S. Mail, for delivery via First Class Mail (with proper postage affixed), an exact copy of the __3-copies motion Requesting court to unseal & release 31-envelopes of documents underseal__ properly addressed to:

To: Consuelo Marshall
Chief Judge
312 N. Spring Street
Los Angeles, Calif 90012

By: __Victor D. Herd__
#13255-112
P.O. Box 699
Estill, S.C. 29918