Denied Without
This is a frivolous
case. There is
nothing pending.
Real   10.22.08

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of California

UNITED STATES of AMERICA,     )     CASE No. CR97-0322-R
                  Plaintiff,   )     Motion court to ORDER
        Vs.                    )     U.S. ATTORNEY's office To RETURN
Victor D. HERD,               )     ARCHIVES FILE of 3-boxe's
        DEFENDANT.            )     back To ARCHIVES
                              )     AND ORDER DENYING MOTION

1.)          HERE THE Petitioner, Victor D. HERD,
2.) asked THAT THE District court JUDGE ORDER THE
3.) U.S. ATTORNEY's office to immediately RETURN ARCHIVES
4.) File of 3-boxe's back To National Archives AND RECORD:
5.) ADMINISTRATION Federal RECORDS CENTER. THAT THE
6.) U.S. ATTORNEY's office sent To ARCHIVES in 2002. IN
7.) 2007 THE U.S. ATTORNEY's office contacted ARCHIVES For
8.) RETURN of File 3-boxe's. SINCE 2007 THE U.S. ATTORNEY's
9.) office HAVE HAD File 3-boxe's PUT AWAY in THEIR basement.
10.) IN a LETTER U.S. ATTORNEY's office WROTE To U.S. DEPARTMENT
11.) of JUSTICE in 2008 saying File of 3-boxes still in THEIR
12.) basement. THE REASON WHY THE File of 3-boxe's Was
13.) RETURN back To U.S. ATTORNEY's office on THEIR REQUEST
14.) To ARCHIVES in 2007 "only" To ANSWER (FOIA) Filed
15.) by Petitioner in 2007 seeking documents. In 2007 THE U.S.
16.) ATTORNEY's office search THE 3-boxe's For REQUESTED documents
27.) I Was contacted by THEIR office in Told No documents EXISTED.
28.) I REQUEST Motion be GRANTED ORDER be Given RETURN 3-boxe's To archive

10-20-08
DATE

FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Victor D. Herd
PETiTiONER

CERTIFICATE OF SERVICE

I hereby Certify that on this the _20_ day of _10-20-08_, 2008,
I did deposit with the U.S. Mail, for delivery via First Class
Mail (with proper postage affixed), an exact copy of the "3-copies"
MOTION COURT TO ORDER U.S. ATTORNEY'S OFFICE TO RETURN ARCHIVES
FILE OF 3-boxes back To ARCHIVES.

properly addressed to: To: CONSUELO MARSHALL
                            CHIEF JUDGE

312 N. SPRING STREET
Los ANGELES, CALIF 90012

By: _Victor D. Herd_
        PETITIONER